| | |
|---|---|
| DARRYL M. WOO (CSB No. 100513)<br>dwoo@fenwick.com<br>RYAN J. MARTON (CSB No. 223979)<br>rmarton@fenwick.com<br>LESLIE A. KRAMER (CSB No. 253313)<br>lkramer@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:     415.875.2300<br>Facsimile:      415.281.1350 | *E-FILED: December 7, 2012* |

Attorneys for Defendant
iOFFER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, an individual,<br><br>            Plaintiffs,<br><br>      v.<br><br>iOFFER, INC., a California corporation,<br><br>            Defendant. | Case No.: 12-cv-4933 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

   WHEREAS, Plaintiffs P.S. Products and Billy Pennington (collectively, "P.S. Products") filed the above-captioned case on or about September 20, 2012;

   WHEREAS, on October 25, 2012 Plaintiffs P.S. Products, Inc. and Billy Pennington (collectively, "P.S. Products") and Defendant iOffer, Inc. ("iOffer") (collectively, the "Parties") filed a Stipulation to Extend Time to Respond until December 3, 2012 to allow the Parties time to discuss the possibility of early settlement;

   WHEREAS, on October 26, 2012 the Court issued an Order extending iOffer's time to respond until December 3, 2012;

STIPULATION EXTENDING TIME TO RESPOND
CASE NO. 12CV-4933 HRL                                                   1

1    WHEREAS, the Parties are currently negotiating settlement;

2    WHEREAS, Plaintiffs P.S. Products, Inc. and Billy Pennington (collectively, "P.S. Products") and Defendant iOffer, Inc. ("iOffer") have agreed that the time for iOffer to answer or otherwise respond to plaintiff's compliant is extended until December 17, 2012;

WHEREAS, this Stipulation does not constitute a waiver by P.S. Products or iOffer of any defense, including but not limited to the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, sufficiency of process or service of process;

Now, therefore, pursuant to Civil Local Rules 6 and 7-12, the Parties, by and through their respective counsel of record, hereby stipulate as follows:

1. The deadline for iOffer to answer or otherwise respond to plaintiff's compliant is extended until December 17;

2. All other deadlines shall remain the same.

IT IS SO STIPULATED.

Dated: November 30, 2012    FENWICK & WEST LLP

By: /s/ Ryan J. Marton
Ryan J. Marton
Attorneys for Defendant
iOFFER, INC.

Dated: November 30, 2012    STEWART LAW FIRM

By: /s/ Chris H. Stewart
Chris H. Stewart
Attorneys for Plaintiffs
P.S. PRODUCTS, INC. and
BILLY PENNINGTON

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME TO RESPOND
CASE NO. 12CV-4933 HRL    2

1 **PROPOSED ORDER**

2    Pursuant to Stipulation, it is SO ORDERED.

4
5  Dated: December 7, 2012
    _____
6    Honorable Howard R. Lloyd
     United States Magistrate Judge