DARRYL M. WOO (CSB No. 100513)
dwoo@fenwick.com
RYAN J. MARTON (CSB No. 223979)
rmarton@fenwick.com
LESLIE A. KRAMER (CSB No. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendant
iOFFER, INC.

*E-FILED: December 7, 2012*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, an individual,<br><br>                    Plaintiffs,<br><br>         v.<br><br>iOFFER, INC., a California corporation,<br><br>                    Defendant. | Case No.: 12-cv-4933 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

   WHEREAS, Plaintiffs P.S. Products and Billy Pennington (collectively, "P.S. Products") filed the above-captioned case on or about September 20, 2012;

   WHEREAS, on October 25, 2012 Plaintiffs P.S. Products, Inc. and Billy Pennington (collectively, "P.S. Products") and Defendant iOffer, Inc. ("iOffer") (collectively, the "Parties") filed a Stipulation to Extend Time to Respond until December 3, 2012 to allow the Parties time to discuss the possibility of early settlement;

   WHEREAS, on October 26, 2012 the Court issued an Order extending iOffer's time to respond until December 3, 2012;

1  WHEREAS, the Parties are currently negotiating settlement;

2  WHEREAS, Plaintiffs P.S. Products, Inc. and Billy Pennington (collectively, "P.S. Products") and Defendant iOffer, Inc. ("iOffer") have agreed that the time for iOffer to answer or otherwise respond to plaintiff's compliant is extended until December 17, 2012;

3  WHEREAS, this Stipulation does not constitute a waiver by P.S. Products or iOffer of any defense, including but not limited to the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, improper venue, sufficiency of process or service of process;

4  Now, therefore, pursuant to Civil Local Rules 6 and 7-12, the Parties, by and through their respective counsel of record, hereby stipulate as follows:

  1. The deadline for iOffer to answer or otherwise respond to plaintiff's compliant is extended until December 17;

  2. All other deadlines shall remain the same.

IT IS SO STIPULATED.

Dated:   November 30, 2012              FENWICK & WEST LLP


                                        By:  _____/s/ Ryan J. Marton_____
                                             Ryan J. Marton
                                             Attorneys for Defendant
                                             iOFFER, INC.


Dated:   November 30, 2012              STEWART LAW FIRM


                                        By:  _____/s/ Chris H. Stewart_____
                                             Chris H. Stewart
                                             Attorneys for Plaintiffs
                                             P.S. PRODUCTS, INC. and
                                             BILLY PENNINGTON

**PROPOSED ORDER**

Pursuant to Stipulation, it is SO ORDERED.

Dated: December 7, 2012

Honorable Howard R. Lloyd
United States Magistrate Judge

STIPULATION EXTENDING TIME TO RESPOND
CASE NO. 12CV-4933 HRL                3