**CHRIS H. STEWART** AR State Bar No. 03222
arklaw@comcast.net
*Admission Pro Hac Vice*
Stewart Law Firm
904 Garland Street
Little Rock, AR 72201
Telephone: (501) 353-1364
Facsimile: (501) 353-1263

**DAVID R. OWENS,** State Bar No. 180829
dowens@owenstarabichi.com
**BRUNO W. TARABICHI,** State Bar No. 215129
btarabichi@owenstarabichi.com
**OWENS TARABICHI LLP**
111. N. Market St., Suite 730
San Jose, California 95113
Telephone:    408.298.8200
Facsimile:    408.521.2203

Attorneys for Plaintiffs,
P.S. Products, Inc., and Billy Pennington

*E-FILED: December 11, 2012*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| P.S. PRODUCTS, INC., an Arkansas corporation, and BILLY PENNINGTON, an individual,<br><br>            Plaintiffs,<br><br>     v.<br><br>iOFFER, INC., a California corporation,<br><br>            Defendant. | Case No. 5:12-cv-04933 HRL<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Magistrate Judge: Howard R. Lloyd |

COMES NOW the Plaintiff, P.S. Products, Inc., and Mr. Billy Pennington, individually,

and states, to the Court that this matter has been fully resolved in all respects by the parties and should be dismissed with prejudice.

WHEREFORE, the Plaintiffs move that this Court enter its Order of Dismissal with Prejudice concluding this matter in its entirety.

Dated:  December 9, 2012

STEWART LAW FIRM

_____
By: Chris H. Stewart
Ark. Bar No. 03-222
Attorney for Plaintiff
904 Garland Street
Little Rock, AR 72201
Phone: 501-353-1364
Fax:    501-353-1263
Email: arklaw@comcast.net

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing was electronically delivered to the following:

- Ryan Marton
  rmarton@fenwick.com

On this 9th day of December, 2012.

By: /s/ Chris H. Stewart
Chris H. Stewart

**ORDER**

IT IS SO ORDERED that the entire action be, and the same is HEREBY ORDERED dismissed with prejudice pursuant to Fed. R. Civ. P. 41 as set forth herein, each party to bear its own attorneys' fees, costs and expenses.

IT IS SO ORDERED.

Dated: December 11, 2012

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge